IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VERONICA M. SIMMS, | ) |
| | ) |
| Plaintiff, | ) CIVIL ACTION NO. 09-998 |
| | ) |
| v. | ) |
| | ) JUDGE LANCASTER |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) ***Electronic Filing*** |
| | ) |
| Defendant. | ) |

O R D E R

AND NOW, this 2nd day of Nov, 2009, upon consideration of Defendant's Motion to Remand, and any response thereto, it is hereby ORDERED that Defendant's Motion is granted, and the case is remanded to the Commissioner pursuant to the sixth sentence of 42 U.S.C. § 405(g).

BY THE COURT:

_____ J.